UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-CR-66 |
| | ) | |
| ANDRE J. HOLLIS | ) | |

**NOTICE OF PENALTIES**

Comes now, the United States of America by its attorney, Stacey R. Speith, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant is charged in a four count Indictment alleging violations of 18 U.S.C. § 1343.

If convicted, on each count, defendant faces the following penalties: a term of imprisonment of not more than twenty years, a fine of not more than $250,000.00, or both such fine and imprisonment, a term of supervised release of not more than 3 years, and a $100.00 special assessment.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   /s/ Stacey R. Speith
Stacey R. Speith
Assistant United States Attorney
E. Ross Adair Federal Bldg.
 & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: stacey.speith@usdoj.gov